IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **SANAE MICHELLE ARMSTRONG,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. **3:25-CV-3464-L-BT** |
| | § | |
| **CCPRS/CH2M HILL-CDM PA TAC** | § | |
| **RECOVERY SERVICES,** | § | |
| | § | |
| Defendant. | § | |

## <u>ORDER</u>

On January 9, 2026, the Findings, Conclusions, and Recommendation of the United States Magistrate Judge ("Report") (Doc. 7) was entered, recommending that the court deny Plaintiff's Motion for Leave to Proceed In Forma Pauperis ("Motion") (Doc. 3) and dismiss this case without prejudice unless Plaintiff pays the $405 filing fee within 30 days of an order accepting the recommendation. No objections to the Report were filed, and the deadline for doing so has expired.

Having considered the Motion, file, record, and Report, the court determines that the findings and conclusions of the magistrate judge are correct, and **accepts** them as those of the court. Accordingly, the court **denies** Plaintiff's Motion (Doc. 3). Because of the amount of time that has passed since the issuance of the Report and magistrate judge's recommendation, the court will give Plaintiff 21 days or until **May 21, 2026**, to pay the filing fee and warns Plaintiff that failure to pay the filing fee by this date will result in the dismissal without prejudice of this action pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute and comply with a court order.

**Order – Page 1**

**It is so ordered** this 30th day of April, 2026.

_____
Sam A. Lindsay
United States District Judge